UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERNEST JAMES JONES, JR.,

    Defendant.

_____/

Hon. Paul L. Maloney

Case No. 1:22-cr-00042

**<u>ORDER</u>**

This matter is before the Court on the government's motion for pretrial detention.  Defendant has been charged in a two-count Indictment.  Counts 1 and 2 charge him with felon in possession of a firearm, in violation of 19 U.S.C. §§ 922(g)(1), 942(a)(2).  The government sought defendant Ernest James Jones' detention on the basis of that he poses a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a significant risk of flight, 18 U.S.C. § 3142(f)(2)(A).  The Court conducted an evidentiary hearing on April 18, 2022, at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government  has sustained its burden of proving by preponderant evidence, that defendant poses a significant risk of non-appearance.  The Court also finds, as explained on the record, that the government

has sustained its burden by clear and convincing evidence that he is a danger to the community.  Further, the Court finds that there is no condition or combination of conditions of release that will ensure the safety of the community.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on April 18, 2022.

  /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge